IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

CARLTON AARON MOSELEY,          :

    Petitioner,          :
                           CRIMINAL NO. 07-00148-WS-M
vs.                          :     CIVIL ACTION NO.10-00073-WS

UNITED STATES OF AMERICA,       :

    Respondent.          :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Petitioner's petition for habeas corpus relief is hereby **DENIED** and that a certificate of appealability is **DENIED**.

DONE this 20th day of May, 2011.

                                          s/WILLIAM H. STEELE
                                          CHIEF UNITED STATES DISTRICT JUDGE